**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATER BROS. MARKETS, A CALIFORNIA CORPORATION,<br><br>   Petitioner,<br><br>  v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 63, ON BEHALF OF LANCE LUKENBILL,<br><br>   Respondents. | Case No. ED CV 13-0637-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition to Confirm Arbitration Award is GRANTED. The Court orders that such judgment be entered.

Dated: <u>July 8, 2013</u>       _Virginia A. Phillips_
               VIRGINIA A. PHILLIPS
               United States District Judge